JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LAMBERTO INFANTE AY-AD, JR.; and STEPHANIE KEMPINSKI FENWICH,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY WAYNE KING, an individual; RW KING CO., INC.; and DOES 1 to 50, inclusive,<br><br>Defendant. | Case No. 2:22-cv-01210 RSWL (PVCx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[Los Angeles County Superior Court Case No. 21STCV4635] |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

Plaintiffs Lamberto Infante Ay-Ad, Jr. and Stephanie Kempinski Fenwich's action against Rodney Wayne King and RW King Co., Inc. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 10, 2023

/S/ RONALD S.W. LEW
Hon. Ronald S.W. Lew
United States District Judge